**Order entered March 3, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01316-CR
No. 05-19-01317-CR

**MICHELLE CHRISTINE DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-55979-V & F16-55980-V**

## ORDER

On January 28, 2020, official court reporter Peri Wood filed the eight-volume reporter's record in these appeals. Missing from the exhibit volume are State's Exhibits 18 (DVD of Detective Dragija's dash cam); 19 (DVD of Officer Dragija's body cam); 20 (video of the events in the intoxilyzer room); and 21 (Officer Teft's body cam of the blood draw at Parkland).

We **ORDER** official court reporter Peri Wood to file a supplemental reporter's record containing true and correct playable copies of State's Exhibit 18, 19, 20, and 21, within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter for the 292nd Judicial District Court; and counsel for all parties.

/s/    CORY L. CARLYLE
       JUSTICE